

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number: 01-12-00192-CV

Trial Court Cause
Number: 1052722

Style: Irvin White

v Angela Stanlee White and the Office of the Attorney General of Texas

Date motion filed[*]: May 9, 2013

Type of motion: Motion for Rehearing

Party filing motion: Appellant

Document to be filed: no

Is appeal accelerated? ☐ YES ☒ NO

Ordered that motion is:

☐ Granted

If document is to be filed, document due: _____

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Sherry Radack
☐ Acting individually   ☒ Acting for the Court

Panel consists of  Chief Justice Radack and Justices Higley and Brown

Date: September 4, 2013